## UNITED STATES DISTRICT COURT
Eastern District of California

JUDGMENT

UNITED STATES OF AMERICA

V.  Case Number: 6:08-mj-0001-WMW

Erik F. Miles    Doug Beevers, A.F.D.
Defendant's Attorney

*THE DEFENDANT:*

[X]   Pleaded guilty to counts one, two and four.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| 36 CFR 4.23 (a)(1) | Driving Under the Influence | One | 1/03/2008 |
| 36 CFR 4.23 (c)(2) | Refusal of Chemical Test | Two | 1/03/2008 |
| 36 CFR 4.22 (b)(1) | Unsafe Operation | Four | 1/03/2008 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

*Defendant's Soc. Sec. Number:*
xxx-xx-

*Defendant's mailing address:*

Yosemite, CA 95389

*Defendant's residence address:*

Yosemite, CA 95389

March 4, 2008
*Date of Imposition of Sentence*

/s/ William M. Wunderlich
*Signature of Judicial Officer*

William M. Wunderlich
U.S. Magistrate Judge
*Name and Title of Judicial Officer*

*Date:* March 4, 2008

AO 245S Modified (3/90) Sheet 4 - Probation

*Judgment--Page  2  of  2*

*Defendant:* Erik Miles
*Case Number:* 6:08-mj-00001-WMW

## PROBATION

*The defendant is hereby placed on unsupervised probation for a term of:*

*24 months.*

*While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess controlled substances.  The defendant shall also comply with the standard conditions that have been adopted by this court (set forth below) and shall comply with the following additional conditions:*

*1.  Serve 2 days custody pursuant to 18 USC 3563(b)(10). Defendant is ordered to report to the institution designated by the Bureau of Prisons, and failing a designation, to the U.S. Marshal's Office, Fresno, California, by 2:00 p.m. on April 22, 2008. The Court recommends the defendant serve said custody at the Mariposa County Jail.*

*2. Obey all laws, local, state and federal, and immediately inform this Court if arrested or cited by any law enforcement officer, excluding non-moving traffic violations.*

*3. Notify this Court of any change of living address.*

*4. Do not use or possess any alcoholic beverage or controlled substance while in Yosemite National Park.*

*5.  Pay fine total of $1970.00 and $30.00 penalty assessment in payments of $50 per month commencing on 4/4/2008 and due monthly until paid in full.  Payments shall be mailed to United States District Court, Office of the Clerk 501 "I" Street, Suite 4-200, Sacramento, CA 95814.*

*6. Defendant shall not operate a motor vehicle on federal land until 1/03/09.*

*7. Defendant shall not operate motor vehicle unless properly licensed, registered and insured, and shall not refuse or fail to complete a chemical test to determine blood alcohol content.*